[No. 26758-0-III.   Division Three.   February 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN JAMES MCLANE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00170-4, Robert G. Swisher, J., entered December 13, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 60164-4-I.   Division One.   March 2, 2009.]

GARDEN TOWNHOUSE CONDOMINIUM ASSOCIATION, *Appellant*, v. GARRY GOGAL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-com County, No. 02-2-02250-9, Charles R. Snyder, J., entered June 12, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 60801-1-I.   Division One.   March 2, 2009.]

*In the Matter of the Guardianship of* LOUISE LAVERNE WELLS.

CARE PLANNING ASSOCIATES, *as Guardian, Respondent*, v. DIRK MAYBERRY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-4-02994-9, Bruce E. Heller, J., entered October 5, 2007. *Affirmed* by unpublished per curiam opinion. Now published at 149 Wn. App. 491.

[No. 60843-6-I.   Division One.   March 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT WAYNE SELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-homish County, No. 07-1-00530-1, Gerald L. Knight, J., entered October 24, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Lau, JJ.